■ In the Matter of the Estate of EDWARD J. NOVAK, Deceased. JEAN E. NOVAK, Appellant; EVAN C. REGAL, as Guardian ad Litem of GRACE O. NOVAK, an Infant, Respondent.— Appeal from a decree of the Surrogate's Court of Albany County (Marinelli, S.), entered October 19, 1984, which, *inter alia,* denied the relief requested by petitioner concerning the construction of a provision in decedent's will.

Decree affirmed, with costs, upon the opinion of Surrogate Raymond E. Marinelli. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.